UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Grand Jury N-13-1

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. |
| v. | 14cr100 (VLB) |
| LANGSTON XAVIER NEAL, BENJII CARR a.k.a. RODRICK LAWON DAVIS, and BRANDON KEY BENTLEY | 18 U.S.C. Section 1349 (Conspiracy to Commit Bank Fraud) 18 U.S.C. Section 981(a)(1)(C) and 28 U.S.C. Section 2461(c) (Forfeiture) |

INDICTMENT

The Grand Jury charges that:

COUNT ONE

A. Background

1. At all relevant times, defendant LANGSTON XAVIER NEAL ("NEAL") resided in or frequently traveled to Connecticut.

2. At all relevant times, defendant BENJII CARR a.k.a. RODRICK LAWON DAVIS ("CARR") resided in or frequently traveled to Connecticut.

3. At all relevant times, defendant BRANDON KEY BENTLEY ("BENTLEY") resided in Connecticut.

B. Objects of the Conspiracy

4. Between approximately July 2010 and May 2011, in the District of Connecticut and elsewhere, NEAL, CARR, and BENTLEY (the "Conspirators"), along with other individuals known and unknown to the Grand Jury, did knowingly and willfully combine, conspire, confederate, and agree to commit an offense against the United States, to wit, to defraud various

federally insured banks, and to obtain moneys under the custody or control of various federally insured banks, by means of materially false and fraudulent pretenses, representations, and promises, specifically, stolen checks that the Conspirators arranged to obtain, alter, and cash.

### C. Manner and Means of the Conspiracy

5. It was a part of the conspiracy that NEAL, CARR, and BENTLEY obtained stolen checks that had been made payable to various business entities.

6. It was a part of the conspiracy that NEAL, CARR, and BENTLEY recruited and arranged for several individuals to cash stolen checks for them (the "Check Runners") at various Connecticut branches of federally insured banks.

7. It was a part of the conspiracy that NEAL, CARR, and BENTLEY arranged to have the payee line on each of the stolen checks altered, so that it listed the name of one of the Check Runners.

8. It was a part of the conspiracy that NEAL, CARR, and BENTLEY provided the Check Runners with altered, stolen checks and drove the Check Runners to various Connecticut branches of federally insured banks.

9. It was a part of the conspiracy that, under the direction of NEAL, CARR, and BENTLEY, the Check Runners cashed the checks at various Connecticut branches of federally insured banks and gave the cash proceeds to NEAL, CARR, and BENTLEY; and NEAL, CARR, and BENTLEY paid the Check Runners a small portion of those proceeds for cashing each check.

### D. Overt Acts

10. In furtherance of the conspiracy, and in order to effectuate the objects thereof, the following overt acts, among others, were committed within the District of Connecticut and elsewhere:  On or about the dates listed below, under the direction of NEAL, CARR, and

BENTLEY, the Check Runners cashed, and in two instances attempted but failed to cash, at various Connecticut branches of federally insured banks, the following stolen checks that had been altered to list the respective Check Runners as the payees:

    a.    Check Runner No. 1:

| Date cashed (on or about) | Bank / City | Check No. | Amount |
| --- | --- | --- | --- |
| 07-29-2010 | FARMINGTON BANK Farmington, CT | 97231 | $2,352.00 |
| 08-04-2010 | WEBSTER BANK Waterbury, CT | 114385 | $2,395.00 |
| 08-09-2010 | SOVEREIGN BANK Waterbury, CT | 8716 | $2,385.00 |
| 08-12-2010 | BANKNORTH CT Waterbury, CT | 020710 | $3,813.84 |
| 08-26-2010 | WELLS FARGO Waterbury, CT | 888702 | $2,582.23 |
| 08-30-2010 | WACHOVIA/WELLS FARGO Waterbury, CT | 9997 | $3,300.00 |
| 08-30-2010 | TD BANK Waterbury, CT | 119543 | $3,890.00 |
| 08-31-2010 | WEBSTER BANK Waterbury, CT | 013886 | $4,290.00 |
| 09-01-2010 | WEBSTER BANK ** Waterbury, CT | 002838 | $7,666.52 |
| SUB-TOTAL | | | $32,674.59 |

    ** Attempted to cash, but bank declined to cash the check.

    b.    Check Runner No. 2:

| Date cashed (on or about) | Bank / City | Check No. | Amount |
| --- | --- | --- | --- |
| 09-13-2010 | TD BANK ** (branch location unknown) | 80342 | $2,368.88 |
| 09-13-2010 | TD BANK New Haven, CT | 51978 | $2,396.14 |
| 09-13-2010 | WEBSTER BANK New Haven, CT | 10545 | $2,369.77 |

    ** Attempted to cash, but bank declined to cash the check.

| Date cashed | Bank / City | Check No. | Amount |
|---|---|---|---|
| 09-14-2010 | WEBSTER BANK<br>New Haven, CT | 9169 | $2,389.77 |
| 09-23-2010 | WEBSTER BANK<br>New Haven, CT | 1367 | $2,387.77 |
| 09-27-2010 | WEBSTER BANK<br>New Haven, CT | 17491 | $2,397.89 |
| **SUB-TOTAL** | | | **$14,310.22** |

    c.    <u>Check Runner No. 3</u>:

| Date cashed<br>(on or about) | Bank / City | Check No. | Amount |
|---|---|---|---|
| 09-08-2010 | TD BANK<br>Waterbury, CT | 32320 | $3,890.30 |
| 09-27-2010 | WACHOVIA/WELLS FARGO<br>Branford, CT | 1627180 | $2,398.88 |
| 09-30-2010 | BANK OF SOUTHERN CT<br>New Haven, CT | 2464 | $2,387.88 |
| 10-04-2010 | WEBSTER BANK<br>Waterbury, CT | 57832 | $2,398.88 |
| **SUB-TOTAL** | | | **$11,075.94** |

    d.    <u>Check Runner No. 4</u>:

| Date cashed<br>(on or about) | Bank / City | Check No. | Amount |
|---|---|---|---|
| 10-22-2010 | CITIZENS BANK<br>New Haven, CT | 8199 | $2,397.00 |
| 11-10-2010 | SOVEREIGN BANK<br>Meriden, CT | 45887 | $2,689.69 |
| 11-12-2010 | TD BANK<br>Waterbury, CT | 537114 | $2,397.00 |
| 11-29-2010 | NAUGATUCK SAVINGS BK.<br>Waterbury, CT | 27186 | $2,598.00 |
| 12-09-2010 | NAUGATUCK SAVINGS BK.<br>Waterbury, CT | 6675 | $2,387.88 |
| 12-16-2010 | TD BANK<br>Hamden, CT | 436495 | $1,389.79 |
| 01-02-2011 | TD BANK<br>Waterbury, CT | 518844 | $3,387.77 |
| 01-03-2011 | SOVEREIGN BANK<br>Waterbury, CT | 3146 | $2,998.00 |
| 01-03-2011 | WEBSTER BANK<br>Wolcott, CT | 1113 | $3,498.00 |
| 01-03-2011 | TD BANK<br>Wolcott, CT | 69595 | $3,497.20 |

| 01-05-2011 | WEBSTER BANK<br>Oxford, CT | 33924 | $3,497.00 |
| --- | --- | --- | --- |
| 01-05-2011 | TD BANK<br>Seymour, CT | 9492 | $3,497.00 |
| 01-31-2011 | SOVEREIGN BANK<br>Meriden, CT | 13893 | $2,387.88 |
| 01-31-2011 | WEBSTER BANK<br>Waterbury, CT | 3134 | $2,768.88 |
| 01-31-2011 | BANK OF AMERICA<br>Watertown, CT | 1518 | $3,965.04 |
| 02-07-2011 | SOVEREIGN BANK<br>Waterbury, CT | 237402 | $2,798.23 |
| SUB-TOTAL | | | $46,154.36 |

      e.     Check Runner No. 5:

| Date cashed<br>(on or about) | Bank / City | Check No. | Amount |
| --- | --- | --- | --- |
| 03-07-2011 | WEBESTER BANK<br>Meriden, CT | 33213 | $2,500.00 |
| 03-16-2011 | WACHOVIA BANK<br>East Haven, CT | 52744 | $2,450.00 |
| SUB-TOTAL | | | $4,950.00 |

      f.     Check Runner No. 6:

| Date cashed<br>(on or about) | Bank / City | Check No. | Amount |
| --- | --- | --- | --- |
| 04-26-2011 | CITIZENS BANK<br>New Haven, CT | 4142 | $2,487.23 |
| 05-06-2011 | SOVEREIGN BANK<br>Bristol, CT | 10456 | $2,450.00 |
| SUB-TOTAL | | | $4,937.23 |

All in violation of Title 18, United States Code, Section 1349.

FORFEITURE ALLEGATION UNDER 28 U.S.C. § 2461(c) & 18 U.S.C. 981(a)

(Bank Fraud Conspiracy)

11.    Upon conviction of the offense alleged in Count One of this Indictment, defendants NEAL, CARR, and BENTLEY shall forfeit to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), all right, title, and interest in any and all property, real or

personal, which constitutes or is derived from proceeds traceable to violations of 18 U.S.C. § 1349 (bank fraud conspiracy), including but not limited a money judgment equal to the total amount of proceeds derived from the bank fraud conspiracy alleged in Count One.

12. If any of the above-described forfeitable property, as a result of any act or omission of the defendants, cannot be located upon the exercise of due diligence, has been transferred, sold to, or deposited with a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property described above.

All in accordance with 18 U.S.C. § 981(a)(1) as incorporated by 28 U.S.C. § 2461(c), and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON

DEIRDRE M. DALY
UNITED STATES ATTORNEY

HENRY K. KOPEL
ASSISTANT UNITED STATES ATTORNEY